IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GILBERTO SANCHEZ,<br>Reg. No. 17224-002,<br><br>　　Plaintiff,<br><br>v.<br><br>JEFFERY KELLER, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO.<br>)　2:20-CV-1073-WHA-SRW<br>)　　　(WO)<br>)<br>)<br>) |

**ORDER**

On January 26, 2021, the Magistrate Judge entered a Recommendation (Doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 9) is ADOPTED;

2. The Plaintiff's complaint against Defendant Bureau of Prisons is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915A(e)(2)(B)(ii);

3. Defendant Bureau of Prisons is DISMISSED as a party; and

4. This case against remaining Defendants is referred back to the Magistrate Judge for further proceedings.

DONE this 4th day of May, 2021.

　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE